UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN BAILEY, THOMAS GALLIGHER, KPFF INVESTMENTS, INC., AND KEN PETERS<br><br>                           Plaintiffs,<br><br>- against -<br><br>BASF METALS LIMITED, GOLDMAN SACHS INTERNATIONAL, HSBC BANK USA, N.A., STANDARD BANK PLC, AND LONDON PLATINUM AND PALLADIUM FIXING COMPANY LTD.<br><br>                           Defendants. | Case No. 15-CV-1712<br><br>Judge Gregory H. Woods<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Daniel L. Brockett in Support of Motion to Withdraw as Counsel, dated March 13, 2015, and the pleadings herein, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys of record for Norman Bailey, Thomas Galligher, KPFF Investments, Inc., and Ken Peters (collectively, the "Plaintiffs"), hereby moves this Court, before Hon. Gregory H. Woods, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Local Civil Rule 1.4 to withdraw Quinn Emanuel as Plaintiffs' counsel and attorney of record in this matter.

DATED: March 13, 2015
             New York, New York

                                        QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP

                                     By:  /s/ Daniel L. Brockett

                                         Daniel L. Brockett
                                         Manisha M. Sheth
                                         Tyler G. Whitmer
                                         51 Madison Avenue, 22nd Floor
                                         New York, New York 10010
                                         Telephone:  (212) 849-7000
                                         Fax:  (212) 849-7100
                                         danbrockett@quinnemanuel.com
                                         manishasheth@quinnemanuel.com
                                         tylerwhitmer@quinnemanuel.com